# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr2288-BTM |
| )  Plaintiff, ) | |
| ) v. ) | ORDER RESCHEDULING DATE OF THE SENTENCING HEARING |
| ) | |
| PHINATH KHVANN, (11) ) | |
| )  Defendant. ) | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentencing hearing set for February 5, 2010, at 2:00 p.m. be rescheduled to March 5, 2010, at 11:30 a.m.

**SO ORDERED.**

DATED: January 25, 2010

_____
Honorable Barry Ted Moskowitz
United States District Judge